**NOT FOR PUBLICATION**

**FILED**

AUG 18 2023

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISPIN GRANADOS, | No.   21-16198 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-02039-SPL-MHB |
| v. | |
| PADILLA, SSU, Sgt.; BALLAS, CO; CASTILLO, Sgt.; DIAZ, Correction Officer, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Steven Paul Logan, District Judge, Presiding

Submitted August 15, 2023[**]

Before:    TASHIMA, S.R. THOMAS, and FORREST, Circuit Judges.

Arizona state prisoner Crispin Granados appeals pro se from the district

court's judgment dismissing for failure to comply with Federal Rule of Civil

Procedure 8 his 42 U.S.C. § 1983 action alleging constitutional claims.  We have

jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Pickern v. Pier 1*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Imports (U.S.), Inc.*, 457 F.3d 963, 968 (9th Cir. 2006). We affirm.

The district court properly dismissed Granados's action because after repeated amendment, Granados's operative complaint failed to comply with Rule 8. *See* Fed. R. Civ. P. 8(a)(2)-(3) (a pleading must contain "a short and plain statement of the claim showing that a pleader is entitled to relief" and must contain a "demand for the relief sought"); *Nevijel v. N. Coast Life Ins. Co.*, 651 F.2d 671, 674 (9th Cir. 1981) (a complaint that is "verbose, confusing and conclusory" violates Rule 8).

All pending motions are denied.

**AFFIRMED.**